# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TYREL MRAZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.,<br><br>　　　　Defendant. | CV 20-155-BLG-SPW-TJC<br><br>ORDER |

Upon the parties' Stipulation to Dismiss with Prejudice (Doc. 21), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of December, 2021.

　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　U. S. DISTRICT JUDGE

1